UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                   Case No. 19-cv-13740

        v.

RANDALL R. DARNELL,
MARCIA DARNELL,
STEPHEN M. ZERVOS,
JP MORGAN CHASE BANK, N.A.
    f/k/a BANK ONE, N.A.,
STATE OF MICHIGAN DEPARTMENT
    OF TREASURY,
BRANCH COUNTY TREASURER, and
OAKLAND COUNTY TREASURER,

        Defendants.
_____/

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice
**STEVEN M. DEAN**
Attorney for Plaintiff
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
P: (202) 307-6499   *(Local Counsel:*
F: (202) 514-5238   *Peter Caplan)*
E: Steven.M.Dean@usdoj.gov
------------------------------------------
HELMKAMP, ELLIS, ABRAHAM & ENGERER
**DOUGLAS C. ABRAHAM** P-34654
Attorney for **Defendant Stephen M. Zervos only**
19500 Victor Parkway, Suite 150
Livonia, Michigan 48152
P: (734) 591-3737
F: (734) 591-6275
E: headesq@aol.com
_____/

HELMKAMP, ELLIS,
ABRAHAM & ENGERER
AN ASSOCIATION OF ATTORNEYS
AND COUNSELORS AT LAW
NOT A PARTNERSHIP
19500 VICTOR PARKWAY
SUITE 150
LIVONIA, MICHIGAN 48152
(734) 591-3737

**<u>APPEARANCE</u>**

TO THE CLERK OF THE COURT:

1

PLEASE ENTER my appearance as attorney for Defendant STEPHEN M. ZERVOS only, in the above entitled cause.

HELMKAMP, ELLIS, ABRAHAM & ENGERER

/s/ Douglas C. Abraham
By: DOUGLAS C. ABRAHAM P-34654
Attorney for Def. Stephen M. Zervos only
19500 Victor Parkway, Suite 150
Livonia, Michigan 48152
P (734) 591-3737
F (734) 591-6275
E headesq@aol.com

DATED: April 13, 2020

HELMKAMP, ELLIS,
ABRAHAM & ENGERER
AN ASSOCIATION OF ATTORNEYS
AND COUNSELORS AT LAW
NOT A PARTNERSHIP
19500 VICTOR PARKWAY
SUITE 150
LIVONIA, MICHIGAN 48152

(734) 591-3737