UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                        Case No. 2:19−cv−13740−DPH−DRG
                                                            Hon. Denise Page Hood

Randall R Darnell, et al.,

                Defendant(s),

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 9/2/2020, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                                         s/Denise Page Hood
                                                         Denise Page Hood
                                                         U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Saulsberry
                                                          Case Manager

Dated: August 19, 2020