IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 19-cv-13740 |
| Plaintiff, | ) | |
| | ) | Jtudge: Denise Page Hood |
| v. | ) | |
| | ) | |
| RANDALL R. DARNELL, | ) | |
| MARCIA DARNELL, | ) | |
| STEPHEN M. ZERVOS, | ) | |
| JP MORGAN CHASE BANK, N.A. | ) | |
| f/k/a BANK ONE N.A., | ) | |
| STATE OF MICHIGAN DEPARTMENT | ) | |
| OF TREASURY, | ) | |
| BRANCH COUNTY TREASURER, and | ) | |
| OAKLAND COUNTY TREASURER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

This matter is before the Court on the *Stipulation Regarding State of Michigan Department of Treasury's Interest in Real Property at Issue in this Action,* (Docket No. 30).

IT IS HEREBY ORDERED that the State of Michigan, Department of Treasury has no interest in the real properties (or the proceeds thereof) located at 2440 Grange Hall Road, Ortonville Michigan, 48462 and 122 High Banks Drive, Quincy, Michigan 49082, and more fully described in the Complaint at Doc. No. 1.

IT IS FURTHER ORDERED that the State of Michigan, Department of Treasury is excused from further appearing in this case.


Dated: September 9, 2020                    s/Denise Page Hood
                                            United States District Court Judge